HAROLD BAKER et al., Appellants, v WILLIAM R. KOHLER et al., Respondents.

Submitted October 2, 2006; decided November 20, 2006

Motion for leave to appeal denied. Motion for a stay dismissed as academic.

In the Matter of CHRISTIAN B., Respondent, v YVETTE R., Respondent, and CHRISTINA R., Appellant.

Submitted October 30, 2006; decided November 20, 2006

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of DONAVANN W., a Child Alleged to be Neglected. FAUZIA W., Appellant; COMMISSIONER OF THE ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent.

Submitted August 21, 2006; decided November 20, 2006

Motion, insofar as it seeks leave to appeal from that portion of the Appellate Division order that denied the motion to enlarge the record and to renew the request for a stay, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of NADENE GREEN, Appellant, v NEW YORK OFFICE OF TEMPORARY AND DISABILITY ASSISTANCE et al., Respondents.

Submitted November 6, 2006; decided November 20, 2006

Motion for leave to appeal denied. Motion for a stay dismissed as academic.